State of Illinois
Department of Corrections

## CUMULATIVE COUNSELING SUMMARY

| Inmate/Resident/Release Name | Register Number | Current Classification |
|---|---|---|
| RAMIREZ, DARWIN | R73420 | 2-A-M |

| Counselor/Agent Name * |
|---|
| VINCENT, JULIA I. |

| Date/Time | Location | Type | Method | Staff/Title * |
|---|---|---|---|---|
| 4/1/2014 08:43:04 | R1 HOUSING UNIT/WIL | Personal | Face To Face | VINCENT, JULIA I., Correctional Counselor II |
| Comments: | Inmate asking about corrected address and possibility of being picked up by ICE. | | | |
| 3/31/2014 13:26:01 | FIELD SERVICES OFFICE/WIL | Collateral | Other | CROSS, ANGELA L., Correctional Counselor II |
| Comments: | At the request of Alyssa Williams-Schafer, I wrote the offender and advised him that she is working with ICE to see about his deportation. It is in ICE's hands. | | | |
| 3/28/2014 09:19:53 | R1 HOUSING UNIT/WIL | Personal | Face To Face | VINCENT, JULIA I., Correctional Counselor II |
| Comments: | Inmate asking about host site. Has two different street numbers, requested he confirm correct one w/fs. | | | |
| 3/14/2014 13:52:16 | R1 HOUSING UNIT/WIL | Personal | Face To Face | VINCENT, JULIA I., Correctional Counselor II |
| Comments: | Inmate had submitted another host site and wanted to know how long it would be before it was approved/denied. Informed i/m that a parole agt must go out, and he can either come ask or send me a request and I'll answer it. | | | |
| 3/7/2014 10:19:27 | R1 HOUSING UNIT/WIL | Personal | Face To Face | VINCENT, JULIA I., Correctional Counselor II |
| Comments: | grievance re pp ansd and retd | | | |
| 3/4/2014 09:27:16 | R1 HOUSING UNIT/WIL | Personal | Face To Face | VINCENT, JULIA I., Correctional Counselor II |
| Comments: | I/M was seen speaking at length to control officer. He had just been in segregation in i/s and is back on the wing. | | | |
| 1/31/2014 12:53:39 | FIELD SERVICES OFFICE/WIL | Collateral | Other | CROSS, ANGELA L., Correctional Counselor II |
| Comments: | Advised offender of the definite rules for location of a host site for a sex offender, but warned that there are many unwritten reasons for site denials. It is totally at the discretion of parole. If is family is considering putting money down on any address, they should call this office first and I will try to get parole to tell us if the address will be approved. | | | |
| 1/10/2014 08:59:48 | R1 HOUSING UNIT/WIL | Personal | Face To Face | VINCENT, JULIA I., Correctional Counselor II |
| Comments: | Grievance re HCU copay ansd and retd | | | |
| 1/9/2014 13:42:17 | R1 HOUSING UNIT/WIL | Personal | Face To Face | SCHUTTE, STEVE C., Correctional Officer |
| Comments: | Offender received attorney phone call from attorney Sarah Grady. | | | |
| 1/6/2014 10:59:11 | FIELD SERVICES OFFICE/WIL | Collateral | Other | CROSS, ANGELA L., Correctional Counselor II |
| Comments: | Advised offender what counties are in Dist. 1, but he cannot go to halfway house because he has to register. | | | |
| 1/3/2014 14:06:49 | R1 HOUSING UNIT/WIL | Personal | Face To Face | VINCENT, JULIA I., Correctional Counselor II |
| Comments: | Grievance re clothing ansd and retd | | | |
| 1/3/2014 11:59:49 | FIELD SERVICES OFFICE/WIL | Collateral | Other | CROSS, ANGELA L., Correctional Counselor II |
| Comments: | Advised offender that Another Chance is not an option for him because it is out of his committing district. | | | |
| 12/19/2013 15:37:28 | R1 HOUSING UNIT/WIL | Personal | Face To Face | VINCENT, JULIA I., Correctional Counselor II |
| Comments: | Inmate asking about international xfr to honduras. Referred to TCO | | | |
| 12/19/2013 13:07:17 | FIELD SERVICES OFFICE/WIL | Collateral | Other | CROSS, ANGELA L., Correctional Counselor II |
| Comments: | Advised offender that I have spoken with Ms. Eddy. She does not have a contract for S.O. in her transitional home and IDOC will not approved a sex offender for a shelter. | | | |
| 12/13/2013 14:23:32 | FIELD SERVICES OFFICE/WIL | Collateral | Other | CROSS, ANGELA L., Correctional Counselor II |
| Comments: | Advised offender he needs to write the PRB if he wishes to be reheard. Provided PRB address. | | | |
| 11/27/2013 14:07:02 | R1 HOUSING UNIT/WIL | Personal | Face To Face | SCHUTTE, STEVE C., Correctional Officer |
| Comments: | Attorney collect call from Loevy & Lovey law office #312-733-7240 at 1:40 pm- 2:10 pm | | | |
| 11/7/2013 09:54:13 | R1 HOUSING UNIT/WIL | Personal | Face To Face | VINCENT, JULIA I., Correctional Counselor II |
| Comments: | Inmate asking about his outdate, he is on 3y-life parole and is "viable host site" offender from PRB. Wanted phone call to his uncle to try to get parole plan, he has no money on his phone. Informed i/m could not give him a phone call, will have to wait until money on acct or write to him. | | | |
| 10/25/2013 12:42:57 | ADMINISTRATION BUILDING/WIL | Personal | Other | MCCARTNEY, CAROL N., Office Coordinator |
| Comments: | per request, sent him a copy of mitt, statement of facts and PRB order. | | | |

4/7/2014
DOC 1711 (Rev. 10/86) PC Generated

Page 1 of 5

*Assigned Counselor/Agent and Staff's title is current as of the date of this report, not the date of the counseling summary.

EXHIBIT B-1

# State of Illinois
## Department of Corrections
### CUMULATIVE COUNSELING SUMMARY

| Inmate/Resident/Release Name | Register Number | Current Classification |
|---|---|---|
| RAMIREZ, DARWIN | R73420 | 2-A-M |

| Counselor/Agent Name* |
|---|
| VINCENT, JULIA I. |

| Date/Time | Location | Type | Method | Staff/Title* |
|---|---|---|---|---|
| 10/23/2013 12:23:25 | FIELD SERVICES OFFICE/WIL | Collateral | Other | CROSS, ANGELA L., Correctional Counselor II |

Comments: Offender is rightfully confused about the issue of his 3 yrs. to life on parole because he is a homeless sex offender and has no date to discharge without the R.O. knowing the specific amount of parole he has. Advised offender that I could answer no further questions regarding this issue and he would need to contact the Record Office Supervisor. Currently there are no halfway house beds available, that IDOC will approve for an offender that must register.

| 10/15/2013 15:54:12 | FIELD SERVICES OFFICE/WIL | Collateral | Other | CROSS, ANGELA L., Correctional Counselor II |

Comments: Advised offender that his name is on a waiting list in Springfield with over 600 others for the few beds available state wide for sex offenders. Not likely that will ever happen. Best chance is to submit names of family to be investigated by IDOC.

| 10/15/2013 09:10:14 | R1 HOUSING UNIT/WIL | Personal | Face To Face | VINCENT, JULIA I., Correctional Counselor II |

Comments: Inmate came in asking about tooth pain. He stated he had sent several requests and did not have any call pass nor get called. Dental did not have a request from him. Informed i/m he had to send a request to Dental. I/M claimed he needed assistance filling out request and is illiterate in both Sp and Eng? Request completed.

| 10/15/2013 08:27:53 | R1 HOUSING UNIT/WIL | Personal | Face To Face | VINCENT, JULIA I., Correctional Counselor II |

Comments: Inmate asking about international xfr to Honduras, gave inmate address for Chicago Honduran Consulate-General. Inmate asked about assistance w/grievances, informed would have to request.

| 10/4/2013 09:16:55 | R1 HOUSING UNIT/WIL | Personal | Face To Face | VINCENT, JULIA I., Correctional Counselor II |

Comments: Grievance re R/O ansd and retd

| 9/6/2013 15:52:57 | FIELD SERVICES OFFICE/WIL | Collateral | Other | CROSS, ANGELA L., Correctional Counselor II |

Comments: Advised offender that I could not tell him when he would be released because when he was sentenced the Judge did not specify the length of his parole. You could be on parole up to lifetime. Suggested he write the Judge for a corrected mitt or amended order to have judge specify parole length. Cannot tell him when he can be released at this time. Future inquiries need to go to RO Suprv.

| 9/5/2013 08:34:52 | R1 HOUSING UNIT/WIL | Personal | Face To Face | VINCENT, JULIA I., Correctional Counselor II |

Comments: Inmate is asking when his max outdate reached on his sentence will he be released? Explained he has already completed his sentence and is now on parole which is extended term 3-life. I/M wanted to know about host sites, all have been denied as non-relative. I/M wanted to know what the name of his crime was and the case number. Limited English.

| 8/22/2013 16:00:44 | R1 HOUSING UNIT/WIL | Personal | Face To Face | VINCENT, JULIA I., Correctional Counselor II |

Comments: Grievance re extended parole term ansd and retd

| 7/11/2013 08:30:15 | R1 HOUSING UNIT/WIL | Personal | Face To Face | VINCENT, JULIA I., Correctional Counselor II |

Comments: Inmate asking about not being able to shop commissary except cosmetics - is in commissary denial. I/m asking about oos parole sites, has no immediate family in those states and may not go there. I/M asking how much parole time will have to do. His English is better.

| 6/18/2013 11:13:10 | FIELD SERVICES OFFICE/WIL | Collateral | Other | CROSS, ANGELA L., Correctional Counselor II |

Comments: Advised offender he cannot live in WA because host is not an immediate family member. The people in CA have not responded to our letter so he cannot be submitted to live with them until they respond.

| 5/22/2013 13:26:46 | R2 HOUSING UNIT/WIL | Personal | Face To Face | GOINS, TARA J., Correctional Counselor II |

Comments: Inmate asked about his host site-nothing.

| 4/16/2013 14:58:48 | FIELD SERVICES OFFICE/WIL | Collateral | Other | CROSS, ANGELA L., Correctional Counselor II |

Comments: Advised offender he did NOT have an approved plan. The latest plan we have is cousin in CA and we have sent a letter asking for letter of support. Explained I/C process.

| 4/2/2013 08:58:32 | R2 HOUSING UNIT/WIL | Personal | Face To Face | GOINS, TARA J., Correctional Counselor II |

Comments: Discussed host sites.

| 3/21/2013 08:39:20 | R2 HOUSING UNIT/WIL | Personal | Face To Face | GOINS, TARA J., Correctional Counselor II |

Comments: Inmate added 2 host sites. Informed him we would need a letter of support before we can start the process.

| 2/27/2013 14:08:20 | CHAPEL/WIL | Personal | Face To Face | VINCENT, JULIA I., Correctional Counselor II |

Comments: Inmate w/seen before his PRB hearing.

| 1/20/2013 08:23:27 | R1 HOUSING UNIT/WIL | Personal | Face To Face | VINCENT, JULIA I., Correctional Counselor II |

Comments: Inmate w/seen in house, was VAD since has no host site. Will have to see PRB.

| 1/9/2013 13:23:44 | R1 HOUSING UNIT/WIL | Personal | Face To Face | VINCENT, JULIA I., Correctional Counselor II |

Comments: Inamte asking about host site or parole violation? Inmate leaves next week and is s/o w/no host site.

4/7/2014
DOC 1711 (Rev. 10/86) PC Generated

Page 2 of 5

*Assigned Counselor/Agent and Staff's title is current as of the date of this report, not the date of the counseling summary.

EXHIBIT B-1

State of Illinois
Department of Corrections

## CUMULATIVE COUNSELING SUMMARY

| Inmate/Resident/Release Name | Register Number | Current Classification |
|---|---|---|
| RAMIREZ, DARWIN | R73420 | 2-A-M |

| Counselor/Agent Name * |
|---|
| VINCENT, JULIA I. |

| Date/Time | Location | Type | Method | Staff/Title * |
|---|---|---|---|---|
| 12/21/2012 11:48:30 | R1 HOUSING UNIT/WIL | Personal | Face To Face | VINCENT, JULIA I., Correctional Counselor II |
| Comments: | General contact; inmate expressed no concerns @ present. | | | |
| 10/25/2012 14:24:11 | R1 HOUSING UNIT/WIL | Personal | Face To Face | VINCENT, PAUL F., Correctional Lieutenant |
| Comments: | General contact, no concerns. | | | |
| 9/18/2012 13:20:58 | R1 HOUSING UNIT/WIL | Collateral | Other | MC NEFF, DONNA J., Correctional Counselor II |
| Comments: | board orders completed. | | | |
| 8/29/2012 15:25:31 | CHAPEL/WIL | Personal | Face To Face | VAN STRIEN, STEVEN L., Correctional Counselor II |
| Comments: | resd at prb hearing | | | |
| 8/16/2012 14:56:37 | R1 HOUSING UNIT/WIL | Personal | Face To Face | MC NEFF, DONNA J., Correctional Counselor II |
| Comments: | Discussed host site. Inmate had paper he was to be deported, wondered why he needed a host site. Checked and we do have to have one. Inmate checking. | | | |
| 7/27/2012 15:49:04 | R1 HOUSING UNIT/WIL | Personal | Face To Face | MC NEFF, DONNA J., Correctional Counselor II |
| Comments: | Asked inmate if he had any questions. Inmate stated no, he was okay. | | | |
| 6/1/2012 14:19:22 | R1 HOUSING UNIT/WIL | Personal | Face To Face | MC NEFF, DONNA J., Correctional Counselor II |
| Comments: | Asked inmate if he had any questions. Inmate stated no, he was alright. | | | |
| 4/5/2012 08:30:19 | R1 HOUSING UNIT/WIL | Personal | Face To Face | MC NEFF, DONNA J., Correctional Counselor II |
| Comments: | Asked inmate if he had any questions. Inmate stated no, he was fine. | | | |
| 2/9/2012 14:48:13 | R1 HOUSING UNIT/WIL | Personal | Face To Face | MC NEFF, DONNA J., Correctional Counselor II |
| Comments: | Asked inmate if he had any questions. Inmate stated no, he was fine. | | | |
| 12/14/2011 10:00:23 | R1 HOUSING UNIT/WIL | Personal | Face To Face | MC NEFF, DONNA J., Correctional Counselor II |
| Comments: | Asked inmate if he had any questions. Inmate stated no, he was okay. | | | |
| 10/18/2011 08:47:18 | R2 HOUSING UNIT/WIL | Personal | Face To Face | GOINS, TARA J., Correctional Counselor II |
| Comments: | Inmate asked for his trust fund balance. | | | |
| 8/29/2011 13:42:08 | R1 HOUSING UNIT/WIL | Personal | Face To Face | REDSHAW, SUE A., Correctional Counselor II |
| Comments: | Counselor contact. States doing fine. Has no questions. | | | |
| 7/13/2011 13:20:58 | R1 HOUSING UNIT/WIL | Personal | Face To Face | REDSHAW, SUE A., Correctional Counselor II |
| Comments: | Discussed Immigration warrant. | | | |
| 6/7/2011 08:24:07 | SEGREGATION/WIL | Personal | Face To Face | VINCENT, PAUL F., Correctional Lieutenant |
| Comments: | Seg placement 06/06/11, discussed his placement. | | | |
| 5/24/2011 08:41:49 | R2 HOUSING UNIT/WIL | Personal | Face To Face | GOINS, TARA J., Correctional Counselor II |
| Comments: | Inmate asked about a transfer-can request every 6 months. | | | |
| 4/19/2011 10:51:00 | CLINICAL SERVICES-YARD OFFICE/WIL | Collateral | Other | SNYDER, JENNIFER R., Account Technician I |
| Comments: | Transfer to Danville denied 4-12-11 by TCO - bedspace needs. Memo sent to inmate. | | | |
| 4/1/2011 13:23:13 | R4 HOUSING UNIT/WIL | Personal | Face To Face | VINCENT, JULIA I., Correctional Counselor II |
| Comments: | Inamte asking about xfr; signed wavier for DAN. His English is getting better, wants to xfr for visitation. | | | |
| 3/10/2011 08:36:40 | R4 HOUSING UNIT/WIL | Personal | Face To Face | VINCENT, JULIA I., Correctional Counselor II |
| Comments: | Inmate asking if had parole after leaves; showing does have parole but believes he is going to be deported and will still do parole, just out of country so really doesn't matter if he doesn't come back. | | | |
| 1/15/2011 12:29:04 | R4 HOUSING UNIT/WIL | Personal | Face To Face | VINCENT, JULIA I., Correctional Counselor II |
| Comments: | Inmate w/seen on walk going to chow; inmate expressed no concerns. | | | |
| 11/18/2010 12:03:41 | ADMINISTRATION BUILDING/WIL | Collateral | Other | VINCENT, JULIA I., Correctional Counselor II |
| Comments: | Intel contacted for PIN# 73420657. Information forwarded to i/m. | | | |
| 11/18/2010 09:19:46 | R4 HOUSING UNIT/WIL | Personal | Face To Face | VINCENT, JULIA I., Correctional Counselor II |
| Comments: | Inmate asking about PIN#, | | | |
| 9/29/2010 10:08:12 | R4 HOUSING UNIT/WIL | Personal | Face To Face | VINCENT, JULIA I., Correctional Counselor II |
| Comments: | Went to translate for i/m in R4 as he wrote a letter w/request slip in Spanish. I/m can speak well enough to communicate w/staff in English. | | | |

4/7/2014
DOC 1711 (Rev. 10/86) PC Generated

Page 3 of 5

*Assigned Counselor/Agent and Staff's title is current as of the date of this report, not the date of the counseling summary.

EXHIBIT B-1

# State of Illinois
# Department of Corrections
## CUMULATIVE COUNSELING SUMMARY

| Inmate/Resident/Release Name | Register Number | Current Classification |
|---|---|---|
| RAMIREZ, DARWIN | R73420 | 2-A-M |

| Counselor/Agent Name * |
|---|
| VINCENT, JULIA I. |

| Date/Time | Location | Type | Method | Staff/Title * |
|---|---|---|---|---|
| 9/29/2010 09:10:18 | R4 HOUSING UNIT/WIL | Personal | Face To Face | VAN STRIEN, STEVEN L., Correctional Counselor II |
| Comments: | discuss imm warrant 4 honduras | | | |
| 9/16/2010 13:28:55 | R4 HOUSING UNIT/WIL | Personal | Face To Face | VAN STRIEN, STEVEN L., Correctional Counselor II |
| Comments: | pin # | | | |
| 8/31/2010 12:39:46 | R4 HOUSING UNIT/WIL | Personal | Face To Face | VAN STRIEN, STEVEN L., Correctional Counselor II |
| Comments: | discuss seg release to r4 | | | |
| 7/5/2010 08:32:34 | RECEIVING/WIL | Personal | Face To Face | VINCENT, PAUL F., Correctional Lieutenant |
| Comments: | Saw offender due to his recent seg placement. | | | |
| 5/18/2010 13:59:03 | R2 HOUSING UNIT/WIL | Personal | Face To Face | CHUTE, JEFFREY A., Correctional Counselor II |
| Comments: | General contact while in R-2. Offender had no issues at this time. | | | |
| 3/24/2010 10:33:44 | R3 HOUSING UNIT/WIL | Personal | Face To Face | SHEPPARD, BRENDA K., Correctional Counselor II |
| Comments: | Saw on LD - no issues. | | | |
| 2/16/2010 13:25:23 | R3 HOUSING UNIT/WIL | Personal | Face To Face | SHEPPARD, BRENDA K., Correctional Counselor II |
| Comments: | 60-day contact -no issues. | | | |
| 1/19/2010 14:55:01 | CLINICAL SERVICES-YARD OFFICE/WIL | Personal | Other | RUTH, LORI H., Office Associate |
| Comments: | Transfer to Dixon was denied - bedspace needs. Memo sent to offender. | | | |
| 12/28/2009 08:47:41 | R2 HOUSING UNIT/WIL | Personal | Face To Face | KUNZEMAN, ANNETTE K., Correctional Counselor II |
| Comments: | Discussed trf to Dix. Will submit. | | | |
| 12/16/2009 08:56:40 | R2 HOUSING UNIT/WIL | Personal | Face To Face | CHUTE, JEFFREY A., Correctional Counselor II |
| Comments: | Wing tour during the lockdown. This offender had no issues at this time. | | | |
| 10/21/2009 08:49:17 | R2 HOUSING UNIT/WIL | Personal | Face To Face | CHUTE, JEFFREY A., Correctional Counselor II |
| Comments: | I/M asked for his balance. (I) | | | |
| 9/16/2009 10:47:15 | R3 HOUSING UNIT/WIL | Personal | Face To Face | SHEPPARD, BRENDA K., Correctional Counselor II |
| Comments: | Saw offender on wing - no issues. | | | |
| 7/23/2009 10:13:16 | R3 HOUSING UNIT/WIL | Personal | Face To Face | SHEPPARD, BRENDA K., Correctional Counselor II |
| Comments: | Saw offender on wing for 60-day contact - no issues. (a.m. ABE) | | | |
| 6/1/2009 13:06:46 | R3 HOUSING UNIT/WIL | Personal | Face To Face | SHEPPARD, BRENDA K., Correctional Counselor II |
| Comments: | Saw offender and discussed current school assignment. No other issues. | | | |
| 4/8/2009 13:36:17 | R3 HOUSING UNIT/WIL | Personal | Face To Face | SHEPPARD, BRENDA K., Correctional Counselor II |
| Comments: | 60-day contact - no issues. Says he is doing Ok. | | | |
| 2/19/2009 14:00:41 | R3 HOUSING UNIT/WIL | Personal | Face To Face | SHEPPARD, BRENDA K., Correctional Counselor II |
| Comments: | Saw offender for contact - ABE student - no issue. | | | |
| 1/5/2009 09:48:51 | R3 HOUSING UNIT/WIL | Personal | Face To Face | SHEPPARD, BRENDA K., Correctional Counselor II |
| Comments: | 60 - day contact - no issues. | | | |
| 11/19/2008 13:33:59 | R3 HOUSING UNIT/WIL | Personal | Face To Face | SHEPPARD, BRENDA K., Correctional Counselor II |
| Comments: | Saw offender for contact - no issues. | | | |
| 10/7/2008 09:18:11 | R4 HOUSING UNIT/WIL | Personal | Face To Face | VINCENT, JULIA I., Correctional Counselor II |
| Comments: | Inmate asking about his out date and pin but has not submitted form. | | | |
| 9/26/2008 08:32:13 | R4 HOUSING UNIT/WIL | Collateral | Other | MC NEFF, DONNA J., Correctional Counselor II |
| Comments: | Initial classification. ICE detainer. Sex offender, no statement of facts. Not submitted for work camp. | | | |
| 9/24/2008 14:13:58 | ADMINISTRATION BUILDING/WIL | Collateral | Other | VINCENT, JULIA I., Correctional Counselor II |
| Comments: | Wanted ICE | | | |
| 9/18/2008 11:53:34 | R4 HOUSING UNIT/WIL | Personal | Face To Face | VINCENT, JULIA I., Correctional Counselor II |
| Comments: | No to TID | | | |

State of Illinois
Department of Corrections

## CUMULATIVE COUNSELING SUMMARY

| Inmate/Resident/Release Name | Register Number | Current Classification |
|---|---|---|
| RAMIREZ, DARWIN | R73420 | 2-A-M |

| Counselor/Agent Name * |
|---|
| VINCENT, JULIA I. |

| Date/Time | Location | Type | Method | Staff/Title * |
|---|---|---|---|---|
| 9/17/2008 15:27:18 | ORIENTATION/WIL | Personal | Face To Face | KUNZEMAN, ANNETTE K., Correctional Counselor II |

Comments: *Offender participated in Orientation process and was provided with the Orientation Manual. Issued Orientation Manual in Spanish to Offenders with poor English skills. Offenders signed for manuals. Offender Pre-Release Identification Checklist initiated. Provided Telephone Pin # form and Visiting List form and explained procedures. All Offenders were informed of House Bill 569 and explained process for application.*

4/7/2014
DOC 1711 (Rev. 10/86) PC Generated

Page 5 of 5

*Assigned Counselor/Agent and Staff's title is current as of the date of this report, not the date of the counseling summary.

EXHIBIT B-1